```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12340
   BARRY SMITH
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-3334


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/07 and confirmed on 10/05/07.

   2.  The case was dismissed after confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   1775.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG           .00            .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE      16573.05            .00             .00
COUNTRYWIDE FINANCIAL      SECURED                 .00            .00             .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED            .00             .00
AT & T                     UNSECURED         NOT FILED            .00             .00
REVENUE MANAGEMENT CORP    UNSECURED         NOT FILED            .00             .00
CINGULAR WIRELESS          UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO            UNSECURED         NOT FILED            .00             .00
CITY OF WAUKEGAN           UNSECURED         NOT FILED            .00             .00
NORTH SHORE AGENCY         UNSECURED         NOT FILED            .00             .00
ENH MEDICAL GROUP          UNSECURED         NOT FILED            .00             .00
PINNACLE MANAGEMENT SERV   UNSECURED         NOT FILED            .00             .00
FOOT & ANKLE CLINIC        UNSECURED         NOT FILED            .00             .00
HUNTER WARFIELD            UNSECURED         NOT FILED            .00             .00
HOLY FAMILY HOSPITAL       UNSECURED         NOT FILED            .00             .00
ILL STATE TOLL HIWAY AUT   UNSECURED         NOT FILED            .00             .00
MICHAEL CONWAY ESQ         UNSECURED         NOT FILED            .00             .00
COMPUTER CREDIT SERVICE    UNSECURED         NOT FILED            .00             .00
PAYDAY LOAN                UNSECURED         NOT FILED            .00             .00
LAMIKA SMITH               CHILD SUPPORT           .00            .00             .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
---------------------------------------------------------------------------
        Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16573.05        .00          .00        .00       16573.05
PRINCIPAL PAID           .00        .00          .00        .00             .00
INTEREST PAID            .00        .00          .00        .00             .00
```

```
TOTAL PAID                       .00          .00         .00          .00          .00
The Debtor's attorney, DAVID M SIEGEL                   , was allowed $    3500.00
and was paid $     376.00   direct and $    1695.13   through the plan.

The Trustee received $      79.87 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/20/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 07 B 12340 BARRY SMITH
```